IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLES DOUGLAS OWENS, II**
**MDOC inmate #L5101**                                                                     **PETITIONER**

v.                                                                 CAUSE NO. 1:14-cv-134-LG-JMR

**CHRISTOPHER EPPS, Commissioner of MDOC**                    **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this petition for habeas corpus relief is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 12th day of June, 2014.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE